IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TREMAYNE D. EDWARDS,

                  Plaintiff,

  v.

JOLINDA WATERMAN, SONYA ANDERSON,
MARK KARTMAN, PHILLIP FREDERICK,
JERRY SWEENEY, CARRIE SUTTER,
BRIAN KOOL, GARY BOUGHTON,
and JONI SHANNON-SHARPE,

                  Defendants.

ORDER

16-cv-265-jdp

---

      Plaintiff Tremayne D. Edwards, a prisoner confined at the Wisconsin Secure Program Facility (WSPF), is proceeding on claims that defendant prison officials have failed to properly treat his plantar fasciitis. I screened Edwards's claims in an October 6, 2016, order. Dkt. 17. The next step in this case is for defendants to file their answer, after which the court will set a date for a preliminary pretrial conference held by telephone.

      But currently before the court is Edwards's motion for preliminary injunctive relief, Dkt. 14, along with a brief in support, Dkt. 15, and a declaration to which he has attached medical records, Dkt. 16. I will deny Edwards's motion now, but I would allow him to refile it if it complies with the court's procedures for such motions. Under these procedures, a plaintiff must file with the court detailed proposed findings of fact supporting his claim, along with any evidence he has to support those findings. Edwards's declaration is only one page and discusses his treatment only in generalities.

      I will attach a copy of these procedures to this order. If Edwards chooses to refile his motion, his proposed findings will have provide in detail an explanation of what defendants

did to violate his rights. For each numbered finding he provides, he will have to cite evidence, such as medical records or his own declaration, that supports the proposed finding. He must submit that evidence along with his new motion and proposed findings.

ORDER

IT IS ORDERED that plaintiff Tremayne D. Edwards's motion for preliminary injunctive relief, Dkt. 14, is denied without prejudice to plaintiff refiling it.

Entered November 14, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge