IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TREMAYNE D. EDWARDS,

    Plaintiff,

  v.

    Case No. 16-cv-265-jdp

JOLINDA WATERMAN, EDWARD WALL,
SONYA ANDERSON, MARK KARTMAN,
PHILIP FRIEDRICK, JERRY SWEENEY,
CARRIE SUTTER, BRIAN KOOL,
GARY BOUGHTON, CATHY JESS,
JAMES GREER, JONI SHANNON-SHARPE,
ELLEN RAY AND WILLIAM BROWN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

  /s/                                         1/16/2019
Peter Oppeneer, Clerk of Court                 Date